### JORDAN et ux. v. KERR et al.

### No. 10180.

Court of Civil Appeals of Texas. San Antonio.

Nov. 17, 1937.

Rehearing Granted Jan. 5, 1938.

R. R. Smith, of Jourdanton, for plaintiffs in error.

A. N. Steinle, of Jourdanton, for defendants in error.

MURRAY, Justice.

Neither plaintiffs in error nor defendants in error have filed briefs herein. Accordingly, the case will be dismissed for want of prosecution.